LEGAL/108259333.v1

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: John L. Slimm, Esquire -- NJ Attorney ID: 263721970 (JLSlimm@mdwcg.com)
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002          856-414-6000
Attorney for Defendant, Stern & Eisenberg, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILAGROS FONTANEZ, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>STERN & EISENBERG, P.C.<br><br>Defendant. | CIVIL ACTION NO: 2:16-cv-01562<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Meredith Kaplan Stoma, Esquire of Morgan Melhuish Abrutyn as attorney for the defendant, Stern & Eisenberg, P.C., in the above-entitled matter.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: _____
John L. Slimm, Esquire
Withdrawing Attorney

MORGAN MELHUISH ABRUTYN

By: _____
Meredith Kaplan Stoma, Esquire,
Superceding Attorney